AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>DANIEL ELIJAH ELAM,<br><br>Defendant(s) | Case No.<br>MJ 22-24-M-KLD |

FILED
FEB 11 2022
Clerk, U.S District Court
District Of Montana
Missoula

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 10, 2022** in the county of **Missoula** in the
_____ District of **Montana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Prohibited person in possession of a firearm and ammunition |

This criminal complaint is based on these facts:
See attached Affidavit, incorporated by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael R. Sprenger, SA, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/11/22

_____
Judge's signature

City and state: Missoula, Montana         Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
Printed name and title